UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BECKY COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05-CV-111 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA; ACE INA HOLDINGS, INC.; ) | |
| and ACE INA LONG TERM DISABILITY ) | |
| PLAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## **O R D E R**

For the reasons stated in the accompanying memorandum, the Court hereby **DENIES** Plaintiff Becky Cooper's ("Plaintiff") motion for judgment on the pleadings (Court File No. 22), **DENIES** Defendants Life Insurance Company of North America's and ACE INA Holdings, Inc.'s motions for judicial notice as **MOOT** (Court File Nos. 27, 29), and **DENIES** Plaintiff's motions to strike or in the alternative motions in limine as **MOOT** (Court File Nos. 34, 37).

Additionally, the Court **DISMISSES** Plaintiff's claims against Defendants and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**