UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BECKY COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA; ACE INA HOLDINGS, INC.; )<br>and ACE INA LONG TERM DISABILITY )<br>PLAN, )<br>)<br>Defendants. )<br>)<br>) | No. 1:05-CV-111<br><br>Judge Curtis L. Collier |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motion for judgment on the pleadings by Plaintiff Becky Cooper. The Honorable Curtis L. Collier, Chief United States District Judge, having rendered a decision on the Plaintiff's motion,

It is **ORDERED and ADJUDGED**

that Plaintiff Becky Cooper take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at *Chattanooga, Tennessee*, this ____ day of May, 2006.

                                                    */s/ Patricia L. McNutt*
                                                  PATRICIA L. McNUTT
                                                  CLERK OF COURT