UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BECKY COOPER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:05-CV-111 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| LIFE INSURANCE COMPANY OF, | ) | |
| NORTH AMERICA; | ) | |
| ACE INA HOLDINGS, INC.; | ) | |
| ACE INA LONG TERM DISABILITY PLAN | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation ("R&R") in this case pursuant to 28 U.S.C. § 636(b)(1) (Court File No. 80). Neither party filed objections within the given ten (10) days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the R&R (Court File No. 80), **GRANTS** Plaintiff's motions for attorney's fees (Court File No. 60 & 69), and **AWARDS** attorney's fees in the amount of $42,815.00 and expenses in the amount of $250.00 for a total award of $43,065.00.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**